# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NORMAN MACPHEE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br>  v.<br><br>MIMEDX GROUP, INC., MICHAEL J. SENKEN, and PARKER H. PETIT,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:18cv00830-ELR |
| MATTHEW KLINE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br>  v.<br><br>MIMEDX GROUP, INC., PARKER H. PETIT and MICHAEL J. SENKEN,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:18cv00859-ELR |

**LOCAL RULE 23.1C(4)(c) CERTIFICATION**

Pursuant to 28 U.S.C. § 1746, I, Frederic S. Fox, counsel for Arkansas Teacher Retirement System, hereby certify, pursuant to LR 23.1(C)(4)(c), that with regard to the case at bar, Kaplan Fox & Kilsheimer LLP:

1. has issued or caused to be issued no more than one notice to putative class members (except as authorized by LR 23.1(C)(4)(a)(III));

2. has complied with the Local Rules of this Court; and

3. has complied with applicable State Bar of Georgia ethical Rules.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

This 23rd day of May, 2018

*/s/ Frederic S. Fox*
Frederic S. Fox