# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| MATTHEW KLINE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MIMEDX GROUP, INC., PARKER H. PETIT, and MICHAEL J. SENKEN<br><br>Defendants. | Case No:<br>1:18-cv-00859-ELR |

## ORDER GRANTING CONSENT MOTION AND STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT

One September 28, 2018, the Parties filed a Consent Motion and Stipulation to extend the time within which Defendants shall be required to respond to the Complaint.

Having considered the Parties' Consent Motion and Stipulation, the Court finds that there is good cause to extend the time for Defendants to respond to the Complaint. Therefore, the Consent Motion is **GRANTED** and **IT IS HEREBY ORDERED** that:

1. Defendants shall not be required to answer, move or otherwise respond to the Complaint.

2. Upon the entry of an Order appointing lead plaintiff(s) and lead counsel in the above-captioned action (or a consolidated action encompassing the above-captioned action) pursuant to the PSLRA, the court-appointed lead plaintiff's counsel and counsel for each of the Defendants will meet and confer within seven (7) business days, and submit a proposed scheduling order for the filing of a consolidated amended complaint and Defendants' responses thereto.

3. Nothing herein shall be construed as a waiver of any defense available to Defendants, or prejudice Defendants in any manner.

**SO ORDERED**, this 2nd day of October, 2018.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia